UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

**Case No. 8:05-MJ-51-MSS**

v.

**TERRY ANN REYNOLDS**

_____

## ORDER

This cause comes on for consideration upon the filing of Government's Request for Leave to File Dismissal of the Indictment[1] currently pending against Defendant (Dkt. 13). Pursuant to Fed. R. Crim. P. 48(a), the Government seeks leave to dismiss the complaint without prejudice. Defendant has not filed an objection to this request.

Upon consideration and being otherwise fully advised, it is **ORDERED** that the Government's Request (Dkt. 13) is **GRANTED**.

**DONE** and **ORDERED** in Tampa, Florida on this _____ day of July 2005.

MARY S. SCRIVEN
UNITED STATES MAGISTRATE JUDGE

---

[1] A complaint was actually filed in this case. (See Dkt. 1).

Copies furnished to:

    United States Marshal
    United States Attorney
    United States Probation Office
    United States Pretrial Services Office
    Counsel for Defendant
    Defendant